**Fill in this information to identify the case:**

Debtor 1 McDonald E. Ford

Debtor 2 (Spouse, if filing) ____

United States Bankruptcy Court for the: Eastern District of Pennsylvania (State)

Case number 25-14907-DJB

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** EF MORTGAGE, LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 7 1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

- [x] No
- [ ] Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 12/23/2025-POC | (5) | $ 612.50 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Misc Tax | 12/19/2025 | (11) | $ 7622.97 |
| 12. Other. Specify: 410A History | 12/23/2025 | (12) | $ 325.00 |
| 13. Other. Specify: Plan Review | 1/2/2026 | (13) | $ 612.50 |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 McDonald E. Ford
First Name Middle Name Last Name

Case number (*if known*) 25-14907-DJB

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Danielle Boyle-Ebersole, Esquire
Signature

Date 01/29/2026

Print: Danielle Boyle-Ebersole
First Name Middle Name Last Name

Title Attorney

Company Hladik, Onorato & Federman, LLP

Address 298 Wissahickon Avenue
Number Street
North Wales PA 19454
City State ZIP Code

Contact phone (215) 855– 9521

Email dboyle-ebersole@hoflawgroup.com

CoreLogic®

# TAX REDEMPTION STATEMENT

[redacted]

[redacted] | Client Name: Bsi Financial Services

Service Type: Non-Escrowed | Borrower: DDDD LLC | Address: 5248 RODMAN ST, PHILADELPHIA, PA, 19143-1529

[redacted] | Order Date: 12/10/2025 | Completion Date: 12/12/2025 | Order Status: Completed | Order Type: Redemption Reporting Order

Total Redemption Amount: $7,622.97 | If Paid by: 12/31/2025

LOAN COMMENT:

| TAX AUTHORITY NAME | TAX AUTHORITY ID | TAX ID | LIEN STATUS | BASE DUE | PENALTY & INTEREST | OTHER FEES | TOTAL | IF PAID BY |
|---|---|---|---|---|---|---|---|---|
| PHILADELPHIA CITY | 370512001 | 462038700 | DELINQ | $6,579.82 | $936.70 | $106.45 | ~~$7,622.97~~ | 12/31/2025 |

| TAX YEAR | INSTALLMENT | STATUS | BASE | DUE | PENALTY & INT. | OTHER FEES | TOTAL | IF PAID BY | BILL CODE | BILL TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | A | DELINQ | $1,625.87 | $12.92 | $0.00 | $0.00 | $12.92 | 12/31/2025 | NO BREAKDOWN AVAILABLE [Code: 702] | Regular [REG - Code: 00] |
| NOTE CODE: PARTIAL PAYMENT [Code: 35] | | | | | | | | | | |
| COMMENT: BREAKDOWN NOT AVAILABLE DUE TO PARTIAL PAYMENT. | | | | | | | | | | |
| 2020 | A | DELINQ | $1,568.44 | $12.47 | $0.00 | $0.00 | $12.47 | 12/31/2025 | NO BREAKDOWN AVAILABLE [Code: 702] | Regular [REG - Code: 00] |
| NOTE CODE: PARTIAL PAYMENT [Code: 35] | | | | | | | | | | |
| COMMENT: BREAKDOWN NOT AVAILABLE DUE TO PARTIAL PAYMENT. | | | | | | | | | | |
| 2021 | A | DELINQ | $1,632.31 | $12.97 | $0.00 | $0.00 | $12.97 | 12/31/2025 | NO BREAKDOWN AVAILABLE [Code: 702] | Regular [REG - Code: 00] |
| NOTE CODE: PARTIAL PAYMENT [Code: 35] | | | | | | | | | | |
| COMMENT: BREAKDOWN NOT AVAILABLE DUE TO PARTIAL PAYMENT. | | | | | | | | | | |
| 2022 | A | DELINQ | $2,265.15 | $739.29 | $99.90 | $0.00 | $839.19 | 12/31/2025 | DELINQUENT [Code: 800] | Regular [REG - Code: 00] |
| NOTE CODE: PARTIAL PAYMENT [Code: 35] | | | | | | | | | | |
| COMMENT: | | | | | | | | | | |
| 2023 | A | DELINQ | $2,680.62 | $2,680.62 | $415.42 | $106.45 | $3,202.49 | 12/31/2025 | DELINQUENT [Code: 800] | Regular [REG - Code: 00] |
| NOTE CODE: | | | | | | | | | | |
| COMMENT: OTHER AMOUNT IS FOR ADDITIONAL FEES. | | | | | | | | | | |

| TAX AUTHORITY NAME | | | TAX AUTHORITY ID | TAX ID | LIEN STATUS | BASE DUE | PENALTY & INTEREST | OTHER FEES | TOTAL | IF PAID BY |
|---|---|---|---|---|---|---|---|---|---|---|
| TAX YEAR | INSTALLMENT | STATUS | BASE | DUE | PENALTY & INT. | OTHER FEES | TOTAL | IF PAID BY | BILL CODE | BILL TYPE |
| 2024 | A | PAID | $2,680.62 | $2,680.62 | $0.00 | $0.00 | $0.00 | | PAID [Code: 500] | Regular [REG - Code: 00] |
| NOTE CODE: | | | | | | | | | | |
| COMMENT: | | | | | | | | | | |
| 2025 | A | DELINQ | $3,121.55 | $3,121.55 | $421.38 | $0.00 | $3,542.93 | 12/31/2025 | DELINQUENT [Code: 800] | Regular [REG - Code: 00] |
| NOTE CODE: | | | | | | | | | | |
| COMMENT: | | | | | | | | | | |

CoreLogic Tax Services assumes no liability with respect to any of the data referenced above and makes no guaranty or warranty with respect to the accuracy or completeness thereof. The information contained in this document is presented as of the search date and may be subject to additional accrual of penalties and/or interest charges.

City of Philadelphia

Philadelphia Tax Center

‹ **Home**

## 5248 RODMAN ST

PHILADELPHIA PA 19143-1529
Real Estate Tax
[redacted]

Balance
**$3,526.21**

› Make a payment

## Periods

### Periods

Export

| I | Tax | Interest | Penalty | Other | Credit | Balance |
|---|---|---|---|---|---|---|
| | $3,121.56 | $0.00 | $0.00 | $0.00 | $0.00 | $3,121.56 |
| | $3,589.76 | $26.92 | $0.00 | $330.90 | $0.00 | $3,947.58 |
| | $2,680.62 | $100.80 | $0.00 | $0.00 | ($2,781.42) | $0.00 |
| | $2,680.62 | $361.80 | $53.62 | $106.45 | ($3,202.49) | $0.00 |
| | $2,265.15 | $99.90 | $0.00 | $0.00 | ($2,365.05) | $0.00 |
| | $1,632.31 | $110.18 | $114.26 | $208.34 | ($2,065.09) | $0.00 |
| | $1,568.44 | $247.02 | $109.79 | $212.46 | ($2,137.71) | $0.00 |
| | $1,625.87 | $402.39 | $113.81 | $225.46 | ($2,367.53) | $0.00 |
| | $1,411.76 | ($123.60) | $0.00 | $660.78 | ($5,491.87) | ($3,542.93) |
| | $1,732.29 | $15.52 | $17.22 | $138.71 | ($1,903.74) | $0.00 |
| | $1,853.39 | $73.69 | $54.39 | $276.37 | ($2,257.84) | $0.00 |
| | $951.40 | $28.54 | $0.00 | $0.00 | ($979.94) | $0.00 |
| | $951.40 | $0.00 | $0.00 | $0.00 | ($951.40) | $0.00 |
| | $634.72 | $0.00 | $0.00 | $0.00 | ($634.72) | $0.00 |
| | $612.70 | $0.00 | $0.00 | $0.00 | ($612.70) | $0.00 |
| | $589.97 | $0.00 | $0.00 | $0.00 | ($589.97) | $0.00 |

| Tax | Interest | Penalty | Other | Credit | Balance |
|---|---|---|---|---|---|
| $536.83 | $0.00 | $0.00 | $0.00 | ($536.83) | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-14907-DJB |
| McDonald E. Ford | : Chapter 13 |
| Debtor | : |
| EF MORTGAGE, LLC | : |
| Movant | : |
| vs. | : |
| McDonald E. Ford | : |
| Debtor/Respondent | : |
| and | : |
| KENNETH E. WEST, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

I, Danielle Boyle-Ebersole, Esquire, hereby certify that on 01/29/2026, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Michael A. Cibik, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire,
Via Electronic Filing
*Trustee*

McDonald E. Ford
3 Baily Road
Lansdowne, PA 19050
*Debtor*

/s//Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com