# I b]hXGHHg`6Ub_fi dHWi7ci fh 9UghKfb`8]gHfWcZDYbbgmjiUb]U

| | |
|---|---|
| McDonald E. Ford, | Chapter 13 |
| *Debtor*. | Case No. 25-14907-DJB |

### Debtor's Motion to Expedite Hearing

Debtor McDonald E. Ford, through his attorney, hereby moves this Court as follows:

1. The Debtor filed a Motion to Extend the Automatic Stay (the "substantive motion") on December 5, 2025 at ECF No. 8.

2. The substantive motion requests court approval to extend the automatic stay for the full duration the instant case is active.

3. The Debtor requests that the Court hold an expedited hearing on the substantive motion.

4. The automatic stay is set to expire on December 31, and due to the holidays, there are no hearing dates later than December 18 that fall before the expiration of the automatic stay.

5. So, time is of the essence, and the Debtor requests that the substantive motion be heard on December 18, 2025, at 11:00 a.m.

6. The undersigned has consulted with the Chapter 13 Trustee, and theTrustee has no objection to an expedited hearing on that date.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: December 5, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com