**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| McDonald E. Ford | Case No. 25-14907-DJB |
| | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on December 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Order granting Motion for an Expedited Hearing on Motion to Extend the Automatic Stay

- Motion to Extend the Automatic Stay, Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 8, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

**EF Mortgage, LLC**
c/o BSI Financial Services
4200 Regent Blvd Ste 200
Irving, TX 75063-2240

**Method of Service - First Class Mail:**

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bay Area Credit Services
Permanently closed at reported
address Norcross, GA 30093

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Mortgage
Attn: Legal Correspondence Center
700 Kansas Ln Mail Code LA4-7200
Monroe, LA 71203

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

City of Philadelphia Law
Department
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Rm 580
Philadelphia, PA 19102-1640

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Delaware County Solid
Waste Authority**
1521 N Providence Rd
Media, PA 19063-1039

Delaware County Tax Claim
Bureau
201 W Front St
Media, PA 19063-2708

Elan Fin Svcs/fidelity
Cb Disputes
Saint Louis, MO 63166

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Mohela/navient
633 Spirit Drive
Chesterfield, MO 63005

**NAVY FCU**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Department
of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Trumark Financial Credit
Union
Attn: Bankruptcy
335 Commerce Dr
Ft Washington, PA 19034-2701

Valon Mtg
9450 Sw Gemini Dr
Beaverton, OR 97008

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617