United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| McDonald E. Ford, *Debtor*. | Chapter 13<br>Case No. 25-14907-DJB |

### Order Granting Motion to Extend the Automatic Stay

**And now**, after consideration of the Motion to Extend the Automatic Stay (the "Motion") [Dkt. No. 8] filed by Debtor McDonald E. Ford, with proper notice and opportunity for hearing, and for good cause shown, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d).

Date: December 19, 2025

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge