United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-14907-djb

McDonald E. Ford                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Dec 19, 2025                    Form ID: pdf900                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | McDonald E. Ford, 3 Baily Rd, Lansdowne, PA 19050-2817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor EF Mortgage LLC dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Bungalow Funding  LLC Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor McDonald E. Ford help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| ROBERT BRIAN SHEARER | on behalf of Creditor JPMorgan Chase Bank  National Association rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                              User: admin                                          Page 2 of 2
Date Rcvd: Dec 19, 2025                     Form ID: pdf900                           Total Noticed: 1
TOTAL: 7

United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| McDonald E. Ford,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-14907-DJB |

### Order Granting Motion to Extend the Automatic Stay

**And now**, after consideration of the Motion to Extend the Automatic Stay (the "Motion") [Dkt. No. 8] filed by Debtor McDonald E. Ford, with proper notice and opportunity for hearing, and for good cause shown, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were
   served with the Motion or Notice of the Motion and will remain in effect
   unless modified by the Court in accordance with 11 U.S.C. §362(d).

Date: December 19, 2025

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge