**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>McDonald E. Ford,<br>　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　Movant<br>　v.<br>McDonald E. Ford,<br>　　　　Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>　　　　Trustee/Respondent | Bankruptcy No. 25-14907-djb<br><br>Chapter 13<br><br>Related to Doc. No. 11 |

### JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

Secured creditor, JPMorgan Chase Bank, National Association ("JPMorgan Chase Bank") by and through its undersigned counsel, hereby objects to the proposed First Amended Chapter 13 Plan of Debtor, McDonald E. Ford, and in support thereof alleges as follows:

1. Debtor, McDonald E. Ford ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 1, 2025.

2. U.S. Bank holds a security interest in the Debtor's real property located at 5510 Chancellor St, Philadelphia, PA 19139 (the "Property"), by virtue of a Mortgage Recorded with the Public Records of Philadelphia County, PA on July 24, 2020.

3. Said Mortgage secures a Note in the amount of $126,000.00.

4. Upon review of internal records, it is anticipated that JPMorgan Chase Bank's Proof of Claim will include a pre-petition arrearage of $5,409.08. A true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On December 8, 2025, Debtor filed a First Amended Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $5,409.08, as it only provides a total of $3,296.68 that will be paid to Secured Creditor through the Plan. See Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) JPMorgan Chase Bank hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

WHEREFORE, Movant, JPMorgan Chase Bank, National Association ("JPMorgan Chase Bank"), respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor, McDonald E. Ford.

Date: 12/23/2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450

Alpharetta, GA 30004
Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>McDonald E. Ford,<br>　　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　Movant<br>　v.<br>McDonald E. Ford,<br>　　　　　　Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>　　　　　　Trustee/Respondent | Bankruptcy No. 25-14907-djb<br><br>Chapter 13<br><br>Related to Doc. No. 11 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  December 23, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

Philadelphia, PA 19107

McDonald E. Ford
3 Baily Road
Lansdowne, PA 19050-2817

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

Date: 12/23/2025