## Bankruptcy Proof of Claim: ▮

| | | | | | | |
|---|---|---|---|---|---|---|
| **Borrower:** | FORD,MCDONALD E | **Address:** | 5510 CHANCELLOR ST | **Prin Bal:** | $109,706.30 | **Investor Type:** | FHLMC |
| **Co-Borrower Name:** | | **City:** | PHILADELPHIA | **Add Prin Bal:** | $0.00 | **Investor #:** | |
| **Due Date:** | 10/01/2025 | **State:** | PA | **Account Type:** | First Mortgage - Conventional Without PMI | **Investor Account #:** | ▮ |
| **Last Pmt Appd On:** | 11/25/2025 | **Zip Code:** | 19139 | **Total Pmt Amt:** | $1,030.39 | **PLS Client ID:** | |

## Pre-Petition Claim

### Pre-Petition Claim

| | | | |
|---|---|---|---|
| Petition Claim Date: | 12/02/2025 | Petition Acknowledge Date: | |
| Confirmation Hearing Date: | | Petition Claim Amount: | $5,409.08 |
| Petition Confirmed Amount: | $5,409.08 | Preliminary: | Yes |
| Principal Balance: | $109,706.30 | Pre-Petition Claim Required: | Yes |
| Revised Claim Date: | | | |

#### Payment Schedule For Pre-Petition

Row Count = 2

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 10/01/2025 | 11/01/2025 | $1,030.39 | $2,060.78 | 2 | $0.00 | $0.00 |
| 2 | 12/01/2025 | 12/01/2025 | $1,094.78 | $1,094.78 | 1 | $0.00 | $0.00 |
| Pymt and Lt Chg Totals: | 10/01/2025 | 12/01/2025 | | $3,155.56 | 3 | | $0.00 |

| Total Late Charges Paid to Date: | $0.00 | |
|---|---|---|

#### Fees For Pre-Petition

Row Count = 1

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| EA | ESCROW ADVANCE | $2,253.52 | $2,253.52 | $0.00 |
| Fee Totals: | | $2,253.52 | $2,253.52 | $0.00 |

## Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

#### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

#### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

#### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

#### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |