UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                          CASE NO.: 25-14907-djb
                                                                CHAPTER 13
McDonald E. Ford,
   Debtor.

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Selene Finance LP | JPMorgan Chase Bank, National Association |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 12-1 |
| Selene Finance LP | Amount of Claim: $111,325.18 |
| Attn: BK Dept | Date Claim Filed: 1/6/2026 |
| 3501 Olympus Blvd, Suite 500 | |
| Dallas, TX 75019 | |
| | |
| Phone: 877-735-3637 | Phone: 866-243-5851 |
| Last Four Digits of Acct #: 4199 | Last Four Digits of Acct #: 7969 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 4199

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert Shearer                          Date:  March 13, 2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on March 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

McDonald E. Ford
3 Baily Rd
Lansdowne, PA 19050-2817

*And via electronic mail to:*

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

      By: /s/ *Long-Giang Nguyen*

      Email: petnguyen@raslg.com