United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 25-14907-djb

McDonald E. Ford                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15090227 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2026 02:18:17 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203-4774 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

**Name                                Email Address**

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor EF Mortgage LLC dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Bungalow Funding  LLC Josh.Goldman@padgettlawgroup.com,
bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor McDonald E. Ford help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Mar 16, 2026                          Form ID: trc                                    Total Noticed: 1

                                                  m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
                on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT BRIAN SHEARER
                on behalf of Creditor Selene Finance LP rshearer@raslg.com

ROBERT BRIAN SHEARER
                on behalf of Creditor JPMorgan Chase Bank  National Association rshearer@raslg.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 25-14907-djb
Chapter 13

In re: Debtor(s) (including Name and Address)

McDonald E. Ford
3 Baily Rd
Lansdowne PA 19050-2817

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2026.

Name and Address of Alleged Transferor(s):

Claim No. 12: JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/18/26

Mohung Wong
**CLERK OF THE COURT**