United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

McDonald E. Ford

    Debtor

Case No. 25-14907-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | McDonald E. Ford, 3 Baily Rd, Lansdowne, PA 19050-2817 |
| 15079052 | | Bay Area Credit Services, Permanently closed at reported address, Norcross, GA 30093 |
| 15082223 | + | Bungalow Funding, LLC, c/o Joshua I Goldman, Esquire, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, Fl 32312-3858 |
| 15102123 | + | Bungalow Funding, LLC, c/o Valon Mortgage, Inc., 14647 S 50th Street Suite A-150, Phoenix, AZ 85044-6464 |
| 15080128 | + | EF MORTGAGE LLC, Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15080712 | + | EF Mortgage LLC, c/o BSI Financial Services, Inc., Hladik, Onorato & Federman, LLP, c/o Danielle Boyle-Ebersole, Esq., 298 Wissahickon Avenue North Wales PA 19454-4156 |
| 15087498 | + | Higher ED Loan Authority of Mo on behalf of, American Student Assistance (ASA), PO Box 16129, St. Paul, MN 55116-0129 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 27 2026 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2026 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 27 2026 01:59:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 27 2026 01:58:00 | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15092724 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 02:01:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15079051 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 02:01:43 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15101793 | + | Email/Text: bankruptcy@valon.com | Mar 27 2026 01:59:00 | Bungalow Funding, LLC., c/o Valon Mortgage, Inc., 9450 SW Gemini Dr PMB 28754, Beaverton, OR 97008-7105 |
| 15079057 | | Email/Text: megan.harper@phila.gov | Mar 27 2026 01:59:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F Kennedy Blvd Rm 580, Philadelphia, PA 19102-1640 |
| 15079075 | | Email/Text: megan.harper@phila.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | Mar 27 2026 01:59:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15079053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Mar 27 2026 02:01:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15079054 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Mar 27 2026 02:01:47 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code LA4-7200, Monroe, LA 71203-4774 |
| 15079055 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 27 2026 02:01:45 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15081787 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 27 2026 02:01:58 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15079056 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 27 2026 02:01:58 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15079058 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Mar 27 2026 02:01:43 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15079060 | + | Email/Text: kenneyk@co.delaware.pa.us | |
| | | Mar 27 2026 01:59:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 15079061 | | Email/Text: bankruptcy@bsifinancial.com | |
| | | Mar 27 2026 01:59:00 | EF Mortgage, LLC, c/o BSI Financial Services, 4200 Regent Blvd Ste 200, Irving, TX 75063-2240 |
| 15079062 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | |
| | | Mar 27 2026 01:59:00 | Elan Fin Svcs/fidelity, Cb Disputes, Saint Louis, MO 63166 |
| 15079063 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Mar 27 2026 02:00:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15079064 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Mar 27 2026 01:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15079065 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Mar 27 2026 01:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15085880 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Mar 27 2026 01:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15090227 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Mar 27 2026 02:01:41 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15082570 | + | Email/Text: RASEBN@raslg.com | |
| | | Mar 27 2026 01:58:00 | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15082775 | + | Email/Text: RASEBN@raslg.com | |
| | | Mar 27 2026 01:58:00 | JPMorgan Chase Bank, National Association, Robertson Anschutz Schneid, Crane & Partners, PLLC, c/o Robert Shearer, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 15080571 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 27 2026 02:01:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15079066 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
| | | Mar 27 2026 02:01:43 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15079067 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Mar 27 2026 01:59:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15079068 | | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Mar 27 2026 01:59:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15100209 | | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Mar 27 2026 01:59:00 | Navy federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15079069 | + | Email/Text: bankruptcygroup@peco-energy.com | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 46

| | | | Mar 27 2026 01:59:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |

15079071    ^  MEBN

| | | | Mar 27 2026 01:54:12 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |

15079070    Email/Text: RVSVCBICNOTICE1@state.pa.us

| | | | Mar 27 2026 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

15079072    Email/Text: bankruptcy@philapark.org

| | | | Mar 27 2026 01:59:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |

15115111    +  Email/Text: bkteam@selenefinance.com

| | | | Mar 27 2026 01:59:00 | Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

15084555    +  Email/Text: megan.harper@phila.gov

| | | | Mar 27 2026 01:59:00 | The City of Philadelphia, and/or Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1617 |

15079073    Email/Text: dbogucki@trumark.org

| | | | Mar 27 2026 01:59:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |

15079074    +  Email/Text: bankruptcy@valon.com

| | | | Mar 27 2026 01:59:00 | Valon Mtg, 9450 Sw Gemini Dr, Beaverton, OR 97008-7105 |

15098829    +  Email/PDF: ebn_ais@aisinfo.com

| | | | Mar 27 2026 02:01:43 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15086844 | *+ | EF Mortgage, LLC, c/o BSI Financial Services, 4200 Regent Blvd., Suite 200, Irving, TX 75063-2240 |
| 15079059 | ## | Delaware County Solid Waste Authority, 1521 N Providence Rd, Media, PA 19063-1039 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:

**Name**                    **Email Address**

DANIELLE BOYLE-EBERSOLE
                 on behalf of Creditor EF Mortgage LLC dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com

District/off: 0313-2                          User: admin                                      Page 4 of 4

Date Rcvd: Mar 26, 2026                       Form ID: pdf900                                  Total Noticed: 46

JOSHUA I. GOLDMAN
                    on behalf of Creditor Bungalow Funding  LLC Josh.Goldman@padgettlawgroup.com,
                    bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
                    on behalf of Debtor McDonald E. Ford help@cibiklaw.com
                    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                    m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT BRIAN SHEARER
                    on behalf of Creditor Selene Finance LP rshearer@raslg.com

ROBERT BRIAN SHEARER
                    on behalf of Creditor JPMorgan Chase Bank  National Association rshearer@raslg.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    MCDONALD E. FORD

                    Debtor

Chapter 13

Bankruptcy No. 25-14907-DJB

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 26, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge